UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW KEENE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 1:17-cv-403-JDL |
| v. | ) | |
| | ) | |
| MAINE DEPT. OF CORRECTIONS, | ) | |
| et als. | ) | |
| | ) | |
| Defendants | ) | |

**ANSWER TO THE AMENDED COMPLAINT OF DEFENDANTS MAINE DEPARTMENT OF CORRECTIONS, MARTIN MAGNUSSON, MARY ANN SAAR, LARS OLSEN, ROBERT LANCASTER, A.L CARLISLE, BARBARA HEATH, SCOTT DEWITT, DANIEL NEE, DANIEL DICKSON, KIMBERLY GENDRON, MATTHEW NEE, BARRY LEMERY, BRIAN MACDOUGALL, and MICHAEL WHELAN**

1.  Defendants admit that plaintiff did not attain the age of eighteen until 199.

Defendants neither admit nor deny the remaining allegations in Paragraph 1 for lack of sufficient

knowledge and information.

2.  Defendants admit the allegations in Paragraph 2.

3.  Defendants admit the allegations in Paragraph 3.

4.  Defendants admit the allegations in Paragraph 4.

5.  Defendants admit the allegations in Paragraph 5.

6.  Defendants admit the allegations in Paragraph 6.

7.  Defendants admit the allegations in Paragraph 7.

8.  Defendants admit the allegations in Paragraph 8.

9.  Defendants admit the allegations in Paragraph 9.

10.  Defendants admit the allegations in Paragraph 10.

11.  Defendants admit the allegations in Paragraph 11.

12.  Defendants admit the allegations in Paragraph 12.

13.  Defendants admit the allegations in Paragraph 13.

14.  Neither admitted nor denied for lack of sufficient knowledge and information.

15.  Neither admitted nor denied for lack of sufficient knowledge and information.

16.  Neither admitted nor denied for lack of sufficient knowledge and information.

17.  Neither admitted nor denied for lack of sufficient knowledge and information.

18.  Defendants admit the allegations in Paragraph 18.

19.  Neither admitted nor denied for lack of sufficient knowledge and information.

20.  Neither admitted nor denied for lack of sufficient knowledge and information.

21.  Neither admitted nor denied for lack of sufficient knowledge and information.

22. Neither admitted nor denied for lack of sufficient knowledge and information.

23.  Defendants admit the allegations in Paragraph 23.

24.  Defendants admit the allegations in Paragraph 24.

25.  Defendants admit the allegations in Paragraph 25.

26.  Defendants admit the allegations in Paragraph 26.

27.  Neither admitted nor denied for lack of sufficient knowledge and information.

28.  Defendants admit the allegations in Paragraph 27.

29.  Neither admitted nor denied for lack of sufficient knowledge and information.

30.  Neither admitted nor denied for lack of sufficient knowledge and information.

31.  Defendants admit the allegations in Paragraph 31.

32.  Paragraph 32 asserts a conclusion of law, and no answer is required.

33.  Paragraph 33 asserts a conclusion of law, and no answer is required.

34.  Paragraph 34 asserts conclusions of law, and no answer is required.

35.  Paragraph 35 asserts conclusions of law, and no answer is required.

36.  Paragraph 36 asserts conclusions of law, and no answer is required.

37.  Defendants admit the allegations in Paragraph 37.

38.  Paragraph 38 does not allege any facts but quotes a statute, and no response is required.

39.  Paragraph 39 does not allege any facts but quotes a statute, and no response is required.

40.  Paragraph 40 states a conclusion of law, and no response is required.

41.  Paragraph 41 states a conclusion of law, and no response is required.

42.  Defendants admit that it was the policy, custom and practice of the Department to employ the practice of seclusion or behavioral observation, pursuant to limitations prescribed by statute and policy during the times alleged.  Defendants deny that the practice was referred to as isolation or defined as alleged.

43.  Defendants admit that it was the policy, custom and practice of the Department to employ the practice of seclusion or behavioral observation, pursuant to limitations prescribed by statute and policy during the times alleged.  Defendants deny that the practice was referred to as isolation or defined as alleged.

44.  Paragraph 44 does not allege any facts but quotes a statute, and no response is required.

45.  Paragraph 45 states a legal conclusion, and no response is required.

46.  Paragraph 46 does not allege any facts but quotes a statute, and no response is required.

47.  Neither admitted nor denied for lack of sufficient knowledge and information.

48.  Defendants deny the allegations in Paragraph 48.

49.  Defendants deny the allegations in Paragraph 49.

50.  Defendants deny the allegations in Paragraph 50.

51.  Defendants deny the allegations in Paragraph 51.

52.  Defendants admit that the facilities had units called Intensive Care Unit.  Defendants deny that they employed "isolation."

53.  Neither admitted nor denied for lack of sufficient knowledge and information.

54.  Neither admitted nor denied for lack of sufficient knowledge and information.

55.  Defendants deny the allegations in Paragraph

56.  Defendants deny the allegations in Paragraph 56.

57.  Defendants admit that a "step system" was employed during some of the time alleged.  Defendants deny the remaining allegations in Paragraph 57.

58.  Defendants deny the allegations in Paragraph 58.

59.  Defendants deny the allegations in Paragraph 59.

60.  Defendants deny the allegations in Paragraph 60.

61.  Defendants deny the allegations in Paragraph 61.

62.  Defendants deny the allegations in Paragraph 62.

63.  Defendants deny the allegations in Paragraph 63.

64.  Defendants deny the allegations in Paragraph 64.

65.  Paragraph 66 states a legal conclusion, and no response is required.

66.  Defendants deny the allegations in Paragraph 66.

67.  Defendants deny the allegations in Paragraph 67.

68. Defendants deny the allegations in Paragraph 68.

69. Defendants deny the allegations in Paragraph 69.

70. Defendants deny the allegations in Paragraph 70.

71. Defendants deny the allegations in Paragraph 71.

72. Defendants deny the allegations in Paragraph 72.

73. Defendants deny the allegations in Paragraph 73.

74. Defendants admit that plaintiff engaged in self-harm and acted aggressively.

Defendants neither admit nor deny the remaining allegation for lack of sufficient knowledge and

information.

75. Defendants deny the allegations in Paragraph 75.

76. Defendants deny the allegations in Paragraph 76.

77. Paragraph 77 states a legal conclusion, and no response is required.

78. Paragraph 78 states legal conclusions, and no response if required.

79. Defendants deny the allegations in Paragraph 79.

80. Defendants deny the allegations in Paragraph 80.

81. Defendants deny the allegations in Paragraph 81.

82. Defendants deny the allegations in Paragraph 82.

83. Defendants admit that mechanical restraints were used in juvenile facilities in

extremely limited and carefully controlled circumstances.

84. Defendants admit the allegation in paragraph 84.

85. Defendants admit the allegation in Paragraph 85.

86. Defendants admit the allegation in Paragraph 86.

87. Defendants admit the allegation in Paragraph 87.

88. Defendants admit that the policy alleged existed but neither admit nor deny that the policy was in effect at all times alleged in the complaint.

89. Defendants deny the allegation in Paragraph 89.

90. Defendants deny the allegation in Paragraph 90.

91. Defendants deny the allegation in Paragraph 91.

92. Defendants deny the allegation in Paragraph 92.

93. Defendants deny the allegation in Paragraph 93.

94. Defendants deny the allegation in Paragraph 94.

95. Defendants deny the allegation in Paragraph 95.

96. Defendants deny the allegation in Paragraph 96.

97. Defendants deny the allegation in Paragraph 97.

98. Defendants deny the allegation in Paragraph 98.

99. Defendants deny the allegation in Paragraph 99.

100. Defendants deny the allegation in Paragraph 100.

101. Defendants deny the allegation in Paragraph 101.

102. Defendants deny the allegation in Paragraph 103.

103. Paragraph 103 states a conclusion of law, and no answer is required.

104. Paragraph 104 states a conclusion of law, and no answer is required.

105. Paragraph 105 states a conclusion of law, and no answer is required.

106. Paragraph 106 states a conclusion of law, and no answer is required.

107. Defendants deny the allegation in Paragraph 107.

108. Defendants deny the allegation in Paragraph 108.

109. Defendants deny the allegation in Paragraph 109.

110.  Defendants deny the allegation in Paragraph 110.

111.  Defendants deny the allegation in Paragraph 111.

112.  Defendants deny the allegation in Paragraph 112.

113.  Paragraph 113 states a conclusion of law, and no answer is required.

114.  Paragraph 114 states a conclusion of law, and no answer is required.

115.  Defendants deny the allegations in Paragraph 115.

116.  Paragraph 116 states a conclusion of law, and no answer is required.

117.  Defendants deny the allegations in Paragraph 117.

118.  Paragraph 118 states a conclusion of law, and no answer is required.

119.  Paragraph 119 states a conclusion of law, and no answer is required.

120.  Defendants deny the allegations in Paragraph 120.

121.  Defendants deny the allegations in Paragraph 121.

122.  To the extent that Paragraph 122 states a conclusion of law, no answer is required.

Defendants deny the allegations in Paragraph 122.

123.  Defendants deny the allegations in Paragraph 123.

124.  Defendants deny the allegations in Paragraph 124.

125.  Defendants deny the allegations in Paragraph 125.

126.  Defendants deny the allegations in Paragraph 126.

127.  Paragraph 127 states a conclusion of law, and no response is required.

128.  Defendants deny the allegations in Paragraph 128.

129.  Defendants deny the allegations in Paragraph 129.

130.  Defendants deny the allegations in Paragraph 130.

131.  Defendants deny the allegations in Paragraph 131.

132.  Defendants deny the allegations in Paragraph 132.

133.  Defendants deny the allegations in Paragraph 133.

134.  Defendants deny the allegations in Paragraph 134.

135.  Defendants deny the allegations in Paragraph 135.

136.  Defendants deny the allegations in Paragraph 136.

137.  Defendants deny the allegations in Paragraph 137.

138.  Defendants deny the allegations in Paragraph 138.

139.  Defendants deny the allegations in Paragraph 139.

140.  Defendants deny the allegations in Paragraph 140.

141.  Defendants deny the allegations in Paragraph 141.

142.  Defendants deny the allegations in Paragraph 142.

143.  Defendants repeat their responses to Paragraphs 1- 133.

144.  Paragraph 144 states a legal conclusion, and no response is required.

145.  Defendants deny the allegations in Paragraph 145.

146.  Defendants deny the allegations in Paragraph 146.

147.  Defendants deny the allegations in Paragraph 147.

148.  Defendants deny the allegations in Paragraph 148.

149.  Defendants deny the allegations in Paragraph 149.

150.  Defendants deny the allegations in Paragraph 150.

151.  Defendants deny the allegations in Paragraph 151.

152.  Defendants deny the allegations in Paragraph 152.

153.  Defendants deny the allegations in Paragraph 153.

154.  Defendants deny the allegations in Paragraph 154.

155. – 157.  No response is made on behalf of this defendant.

158.  Defendants repeat their responses to Paragraphs 1 – 157.

159.  Paragraph 159 states a legal conclusion, and no response is required.

160.  Defendants repeat their responses to Paragraphs 144 – 153 on behalf of defendant

Saar.

161.  Defendants deny the allegations in Paragraph 161.

162.  Defendants deny the allegations in Paragraph 162.

163.  Defendants deny the allegations in Paragraph 163.

164.  Defendants repeat their responses to Paragraphs 1 – 163.

165.  Paragraph 165 states a legal conclusion, and no response is required.

166.  Defendants deny the allegations in Paragraph 166.

167.  Paragraph 167 states a legal conclusion, and no response is required.

168.  Paragraph 168 states a legal conclusion, and no response is required.

169.  Paragraph 169 states a legal conclusion, and no response is required.

170.  Paragraph 170 states a legal conclusion, and no response is required.

171.  Defendants deny the allegations in Paragraph 171.

172.  Defendants deny the allegations in Paragraph 172.

173.  Defendants deny the allegations in Paragraph 173.

174.  Defendants deny the allegations in Paragraph 174.

175.  Defendants deny the allegations in Paragraph 175.

176.  Defendants deny the allegations in Paragraph 176.

177.  Defendants deny the allegations in Paragraph 177.

178.  Defendants deny the allegations in Paragraph 178.

179.  Paragraph 179 states a legal conclusion, and no response is required.

180.  Defendants deny the allegations in Paragraph 180.

181.  Defendants deny the allegations in Paragraph 181.

182.  Paragraph 182 states a legal conclusion, and no response is required.

183.  Defendants deny the allegations in Paragraph 183.

184.  Defendants deny the allegations in Paragraph 184.

185.  Defendants deny the allegations in Paragraph 185.

186.  Defendants deny the allegations in Paragraph 186.

187.  Defendants deny the allegations in Paragraph 187.

188.  Defendants deny the allegations in Paragraph 188.

189.  Defendants deny the allegations in Paragraph 189.

190.  Defendants deny the allegations in Paragraph 190.

191.  Defendants deny the allegations in Paragraph 191.

192.  Defendants repeat their responses to paragraphs 1 – 191.

193.  – 194. No response is made on behalf of this defendant.

195.  Defendants repeat their responses to Paragraphs 1 – 194.

196.  Defendants repeat their responses to paragraphs 165 – 190 on behalf of defendant

Lancaster.

197.  Paragraph 197 states a legal conclusion, and no response is required.

198.  Defendants deny the allegations in Paragraph 198.

199.  Paragraph 199 states a legal conclusion, and no response is required.

200.  Defendants repeat their responses to Paragraphs 165 – 190 on behalf of defendant

Lancaster.

201.  Defendants deny the allegations in Paragraph 201.

202.  Defendants repeat their responses to Paragraphs 1 – 201.

203.  Defendants repeat their responses to Paragraphs 144 – 153 on behalf of defendant Carlisle.

204. Defendants repeat their responses to Paragraphs 159 - 181 on behalf of defendant Carlisle.

205.  Paragraph 205 states a legal conclusion, and no response is required.

206.  Defendants deny the allegations in Paragraph 206.

207.  Defendants deny the allegations in Paragraph 207.

208.  Defendants repeat their responses to Paragraphs 1 – 207.

209.  Paragraph 209 states a legal conclusion, and no response is required.

210.  Paragraph 210 states a legal conclusion, and no response is required.

211.  Paragraph 211 states a legal conclusion, and no response is required.

212.  Defendants deny the allegations in Paragraph 212.

213.  Defendants deny the allegations in Paragraph 213.

214.  Defendants deny the allegations in Paragraph 214.

215.  Defendants deny the allegations in Paragraph 215.

216.  Defendants deny the allegations in Paragraph 216.

217.  Defendants deny the allegations in Paragraph 217.

218.  Paragraph 218 states a legal conclusion, and no response is required.

219.  Defendants deny the allegations in Paragraph 219.

220.  Defendants deny the allegations in Paragraph 220.

221.  Defendants deny the allegations in Paragraph 221.

222.  Defendants deny the allegations in Paragraph 222.

223.  Defendants deny the allegations in Paragraph 223.

224.  Defendants deny the allegations in Paragraph 224.

225.  Defendants repeat their responses to Paragraphs 1 – 225.

226.  Admitted as to these defendants.

227.  Denied as to these defendants.

228.  Denied as to these defendants.

229.  Denied as to these defendants.

230.  Denied as to these defendants.

231.  Defendants repeat their responses to Paragraphs 1 – 230.

232.  Defendants admit the allegations in Paragraph 232.

233.  Paragraph 233 states a legal conclusion, and no response is required.

234.  Paragraph 234 states a legal conclusion, and no response is required.

235.  Defendants deny the allegations in Paragraph 235.

236.  Paragraph 236 states a legal conclusion, and no response is required.

237.  Defendants deny the allegations in Paragraph 237.

238.  Defendants deny the allegations in Paragraph 238.

239.  Defendants deny the allegations in Paragraph 239.

240.  Defendants deny the allegations in Paragraph 240.

241.  Defendants deny the allegations in Paragraph 241.

242.  Defendants repeat their responses to Paragraphs 1 – 242.

243.  Defendants admit the allegations in Paragraph 243.

244.  Paragraph 244 states a legal conclusion, and no response is required.

245.  Paragraph 245 states a legal conclusion, and no response is required.

246.  Paragraph 246 states a legal conclusion.

247.  Defendants deny the allegations in Paragraph 247.

248.  Defendants deny the allegations in Paragraph 248.

249.  Defendants deny the allegations in Paragraph 249.

250.  Paragraph 250 states a legal conclusion, and no response is required.

251.  Defendants deny the allegations in Paragraph 251.

252.  Defendants deny the allegations in Paragraph 252.

253.  Defendants deny the allegations in Paragraph 253.

254.  Defendants deny the allegations in Paragraph 254.

255.  Defendants deny the allegations in Paragraph 255.

256.  Defendants deny the allegations in Paragraph 256.

257.  Defendants deny the allegations in Paragraph 257.

258.  Defendants deny the allegations in Paragraph 258.

259.  Defendants repeat their responses to Paragraphs 1 – 258.

260.  Paragraph 260 states a legal conclusion, and no response is required.

261.  Paragraph 261 states a legal conclusion, and no response is required.

262.  Defendants deny the allegations in Paragraph 262.

263.  Defendants deny the allegations in Paragraph 263.

264.  Defendants repeat their responses to Paragraphs 1 – 263.

265.  Defendants deny the allegations in Paragraph 265.

266.  Defendants deny the allegations in Paragraph 266.

267.  Defendants deny the allegations in Paragraph 267.

268.  Defendants repeat their responses to Paragraphs 1 – 267.

269.  Paragraph 269 states a legal conclusion, and no response is required.

270.  Defendants deny the allegations in Paragraph 270.

271.  Defendants deny the allegations in Paragraph 271.

272.  Defendants repeat their responses to Paragraphs 1 – 271.

273.  Defendants deny the allegations in Paragraph 273.

274.  Defendants deny the allegations in Paragraph 274.

275.  Defendants deny the allegations in Paragraph 275.

276.  Defendants deny the allegations in Paragraph 276.

277.  Defendants deny the allegations in Paragraph 277.

278.  Defendants deny the allegations in Paragraph 278.

279.  Defendants repeat their responses to Paragraphs 1 – 278.

280.  Defendants deny the allegations in Paragraph 280.

281.  Paragraph 281 states a legal conclusion, and no response is required.

282.  Defendants deny the allegations in Paragraph 282.

283.  Defendants repeat their responses to Paragraphs 1 – 282.

284.  Denied as to these defendants.

285.  Denied as to these defendants.

286.  Paragraph 286 states a legal conclusion, and no response is required.

287.  Denied as to these defendants.

288.  Denied as to these defendants.

WHEREFORE, defendants request that judgment be entered in their favor and that they
be awarded costs and attorney fees.

AND FURTHER ANSWERING, defendants state:

### AFFIRMATIVE DEFENSES

1.  The complaint and each count of it fail to state a claim upon which relief can be granted.

2.  Plaintiff's claims against the state of Maine are barred by operation of the Eleventh Amendment to the United States Constitution.

3.  Plaintiff's claims are barred by the applicable statutes of limitations.

4.  To the extent the complaint states claims arising under state law, the defendants are afforded absolute immunity pursuant to the Maine Tort Claims Act.

5.  To the extent the complaint states claims arising under the constitution or federal law, defendants are afforded qualified immunity.

6.  Plaintiff himself was at fault to the extent that his claims are barred.

7.  Any recovery by the plaintiff must be reduced by an amount attributable to his own fault.

8.  Plaintiff's claims for punitive damages are barred by operation of the Prison Litigation Reform Act.

9.  Plaintiff's claims are barred by his failure to exhaust available administrative remedies.

10.  To the extent the complaint sets forth claims of professional negligence against a health care practitioner, the claims are barred by plaintiff's failure to comply with the screening procedures of the Health Security Act, 24 M.R.S.A. § 2851, et seq.

January 22, 2018                                    __/s/  James E. Fortin__
                                                    James E. Fortin
                                                    Assistant Attorney General
                                                    James.Fortin@maine.gov

Office of the Attorney General
Six State House Station
Augusta, ME 04333
626-8800


                            Certificate of Service

       The undersigned hereby certifies that he electronically filed the above document with the
Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record.



January 22, 2018                                    /s/ James E. Fortin
                                                    James E. Fortin
                                                    Assistant Attorney General